JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.T., a Minor, by and through her Guardian *Ad Litem*, JAN THOMAS,<br><br>Plaintiff,<br><br>vs.<br><br>COMPTON UNIFIED SCHOOL DISTRICT, a public entity; DARIN BRAWLEY in his official capacity as Superintendent of Compton Unified School District; LOS ANGELES COUNTY OFFICE OF EDUCATION, a public entity; and DEBRA DUARDO in her official capacity as Superintendent of Los Angeles County Office of Education; DOES 1-10,<br><br>Defendants. | Case No. 20-cv-00485-SB-Ex<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the parties' final settlement agreements in the above-captioned case, Plaintiff S.T., by and through her Guardian *ad litem*, Jan Thomas, ("Plaintiff") has requested to dismiss the instant matter with prejudice.

//

//

//

For good cause shown, and in accordance with Plaintiff's request, the Court hereby dismisses this action, *S.T. v. Compton Unified School District et al.*, Case No. 20-cv-00485-SB-Ex, with prejudice.

**IT IS SO ORDERED.**

Dated:  March 4, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge